FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY D.,[1] <br><br>           Plaintiff, <br><br>    v. <br><br> KILOLO KIJAKAZI, Acting <br> Commissioner of Social Security,[2] <br><br>           Defendant. | No.    4:20-cv-5215-EFS <br><br> **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

On September 7, 2021, the parties filed a Stipulated Motion for Remand. ECF No. 23. The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth below. The parties also

---

[1] To protect the privacy of the social-security Plaintiff, the Court refers to her by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

[2] On July 9, 2021, Ms. Kijakazi became the Acting Commissioner of Social Security. She is therefore substituted for Andrew Saul as Defendant. Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).

agree that Plaintiff is entitled to reasonable attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 23**, is **GRANTED.**

2. The case caption is to be **AMENDED** consistent with footnote 2.

3. Judgment shall be entered for **Plaintiff**.

4. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to offer Plaintiff the opportunity for a hearing and take the following action to complete the administrative record:

   - further evaluate the medical evidence, including the opinions of Dr. Marks and Dr. Rubin

   - reassess Plaintiff's residual functional capacity and subjective complaints

   - proceed to steps four and five, and

   - if necessary, obtain vocational evidence.

   The ALJ is to then issue a new decision.

5. All other pending motions are **DENIED AS MOOT.**

6. All hearings and other deadlines are **STRICKEN.**

7.     If filed, the Court will consider Plaintiff's motion for fees and expenses under the Equal Access to Justice Act.

8.     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  1st  day of October 2021.


<u>     s/Edward F. Shea     </u>
EDWARD F. SHEA
Senior United States District Judge

ORDER - 3